IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARK A. LOVELY,                      )
                                     )
    Plaintiff,                       )
                                     )
    v.                               )     1:05CV00567
                                     )
TRIAD INTERNATIONAL MAINTENANCE      )
CORP.,                               )
                                     )
    Defendant.                       )

<u>ORDER and JUDGMENT</u>

OSTEEN, District Judge

    The court has before it this Standing Order 30 recommendation by the Magistrate Judge that the complaint be dismissed for failure to state a claim. The Plaintiff timely objected to the recommendation.

    The record, including the Plaintiff's objection, has been reviewed by this court, and it is the opinion of this court that the recommendation is in accord with the facts and the prevailing law. The court adopts the recommendation of the Magistrate Judge entered June 22, 2005, as its own findings and conclusions.

    IT IS THEREFORE ORDERED that the complaint is dismissed for failure to state a claim.

    IT IS FURTHER ORDERED AND ADJUDGED that this proceeding is dismissed.

    This the 18th day of August 2005.

                                           /s/ William L. Osteen
                                           United States District Judge